POINT PLEASANT WATER WORKS COMPANY, APPELLANT, v. MAYOR AND COUNCIL OF BOROUGH OF POINT PLEASANT BEACH, RESPONDENTS.

Argued June 25, 1915—Decided October 15, 1915.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 24.

For the appellant, *Durand, Ivins & Carton.*

For the respondents, *Clarence H. Murphy.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-RISON, TRENCHARD, BERGEN, MINTURN, BLACK, HEPPEN-HEIMER, WILLIAMS, TAYLOR, JJ.   10.

*For reversal*—None.